IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON WILSON,<br><br>    Defendant and Judgment Debtor.<br><br>THE CARLSTAR GROUP LLC<br>(and its Successors and Assignees),<br><br>    Garnishee. | Case No.   1:21-mc-00040-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT (WAGES)**<br><br>(Doc. 11)<br><br>Criminal Case No.:  1:14-CR-00187-DAD-BAM<br><br>**OBJECTIONS DUE: 14 DAYS** |

The Court, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment (Wages) (Doc. 11), and good cause appearing therefore, hereby recommends a final order of garnishment be granted.

Accordingly, IT IS RECOMMENDED that:

1. The United States' Request for Findings and Recommendations for Final Order of Garnishment be GRANTED;

2. Garnishee The Carlstar Group, LLC, be directed to pay the Clerk of the United States District Court 25% of Judgment Debtor Jason Wilson's ongoing and non-exempt disposable wages, earnings, commissions, and bonuses;

3. Garnishee The Carlstar Group, LLC, be directed to pay the Clerk of the United States District Court the amount of non-exempt disposable wages, earnings, commissions, and bonuses already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order;

4. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:14-CR-00187-DAD-BAM) shall be stated on the payment instrument;

5. Garnishee The Carlstar Group, LLC, shall garnish $7,591.51 of Judgment Debtor's wages, representing the litigation surcharge, once the judgment balance of $62,904.46 is satisfied. Garnishee shall pay the litigation surcharge to the United States Department of Justice via a single payment within twenty (20) days of the garnished wages accumulating to the $7,591.41 surcharge amount.

6. To make its payment to the Department of Justice, Garnishee The Carlstar Group, LLC, shall deliver a cashier's check, money order or company draft in the sum of $7,591.51 made payable to the "United States Department of Justice" and mailed overnight to the U.S. Bank Government Lockbox, Attn: DOJ Production Manager/Box 790363, 1005 Convention Plaza, SL-MO-C2G1, St. Louis, MO 63101. The check shall state, "CDCS Number 2015A73324" on the face of the check.

7. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary;

8. This garnishment shall be terminate when (1) the United States seeks to terminate the writ, or (2) when the judgment and litigation surcharge are fully satisfied; and

9. The United States shall mail a copy of these findings and recommendations to the Judgment Debtor at his last known address.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951

FINDINGS AND RECOMMENDATIONS     2

F.2d 1153, 1156–57 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     **June 9, 2021**                                      /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE